UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-28905-svk |
| WANDA STROOK, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Wanda Strook has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. __X__ post-confirmation;

    B. _____ pre-confirmation (Select i. or ii.);

    i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Increase plan payments to account for mortgage arrears.

4. The reason(s) for the modification is/are: Unsuccessful MMM.

5. Select A. or B.

    A. __X__ The Chapter 13 Plan confirmed or last modified on October 31, 2013 is modified as follows:

**2. Plan Payments**

**The debtor shall pay $630.00 monthly beginning in March 2014.**

**6(B)(ii).**

| (a) Creditor | (b) Property | (c) Estimated Arrearage Claim | (d) Estimated Monthly Payment | (e) Estimated Total Paid Through Plan |
|---|---|---|---|---|
| City of Milwaukee - Treasurer | Homestead located at 2803 N 38th St. Milwaukee, WI | $13,696.00 @ 12% interest | %pro-rata | $18,279.60 |
| **Select Portfolio Servicing** | **Homestead located at 2803 N 38th St., Milwaukee, WI 53210** | **$10,998.40** | **%pro-rata** | **$10,998.40** |

**10. Special Provisions. Notwithstanding anything to the contrary set forth above, the Plan shall include the provisions set forth below.**

**(A) Attorneys' fees are to be paid at the rate of all available funds at confirmation.
After confirmation, Attorney's fees shall be paid at one-half of available funds (less trustee fees) each month. If all secured claims have been paid in full, Attorneys are to receive all available funds (less trustee fees) each month until paid in full.**

**Allowed Secured Creditors will receive post confirmation payments at the rate of one-half of all available funds (less trustee fees)**

**(B) This provision is omitted.**

   B. \_\_\_\_\_ The unconfirmed Chapter 13 Plan dated is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

  6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for the debtor, Wanda Strook, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | March 4, 2014 |
|---|---|
| Counsel for the debtor | Date |

  WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

  Dated: <u>March 4, 2014</u>.

                DeLadurantey Law Office, LLC
                Attorneys for Debtor

                /s/
                By: Nathan E. DeLadurantey
                State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

3

A copy of the foregoing filed electronically on March 04, 2014 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service on March 04, 2014:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203

The attached creditor matrix

/s/Caitlin York, Paralegal
(Electronically file by)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 13-28905-svk<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue Mar  4 14:56:16 CST 2014 | Deutsche Bank National Trust Company<br>c/o Gray & Associates, LLP<br>16345 W Glendale Dr<br>New Berlin, WI 53151-2841 | ACC Management<br>2709 N Teutonia Ave., #205<br>Milwaukee, WI 53206-2667 |
| Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222-4218 | Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701-1465 | Alliance Collection Agencies<br>Po Box 1267<br>Marshfield, WI 54449-7267 |
| Allied Collection Serv<br>3080 S Durango Dr<br>Las Vegas, NV 89117-9194 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Aurora Advanced Health Care<br>PO Box 091700<br>Milwaukee, WI 53209-8700 |
| Aurora Sinai Medical Center<br>PO Box 341100<br>Milwaukee, WI 53234-1100 | CITY OF MILWAUKEE - TREASURER'S OFFICE<br>200 EAST WELLS STREET<br>ROOM 103<br>MILWAUKEE, WI 53202-3599 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Na<br>2500 Westfield Dr<br>Elgin, IL 60124-7836 | City of Milwaukee - Treasurer<br>200 E. Wells Street, Room 103<br>Milwaukee, WI 53202-3546 | City of Pewaukee<br>Municipal Court<br>W240 N3065 Pewaukee Road<br>Pewaukee, WI 53072-4044 |
| Collection Experts<br>Attn:Collections/Bankruptcy<br>20720 Watertown Rd Ste 108<br>Waukesha, WI 53186-1823 | Deutsche Bank National Trust Company,<br>c/o Select Portfolio Servicing, Inc.<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Kohn Law Firm, S.C.<br>312 E. Wisconsin Ave.<br>Suite 501<br>Milwaukee, WI 53202-4305 |
| Milwaukee Water Works<br>200 E Wells St, Room 800<br>Milwaukee, WI 53202-3515 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Professional Account Mgmt<br>PO Box 391<br>Milwaukee, WI 53201-0391 |
| SPS Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Sprint<br>ATTN: Bankruptcy<br>P.O. Box 660075<br>Dallas, TX 75266-0075 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St. Joseph's Hospital<br>PO Box 2004<br>West Bend, WI 53095-2004 | T-Mobile<br>PO Box 37380<br>Albuquerque, NM 87176-7380 |
| Time Warner<br>1320 N Dr Martin Luther King Dr<br>Milwaukee, WI 53212-4002 | Tri State Adjustments<br>20720 Watertown RD<br>Suite 108<br>Waukesha, WI 53186-1823 | Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 |

| | | |
|---|---|---|
| We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53290-0002 | Wi Electric / Wi Energies<br>Attention: Jill Costello<br>Po Box 2046 Room A130<br>Milwaukee, WI 53201-2046 | Wisconsin Department of Revenue<br>2135 Rim Rock Rd.<br>Madison, WI 53713-1443 |
| Wisconsin Department of Revenue<br>Attn: Special Procedures, MS 4-SPU<br>PO BOX 8901<br>Madison WI 53708-8901 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 |
| Nathan E. DeLadurantey<br>DeLadurantey Law Office<br>735 W. Wisconsin Avenue<br>Suite 720<br>Milwaukee, WI 53233-2413 | Wanda Strook<br>2803 N 38th St<br>Milwaukee, WI 53210-1824 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)City of Pewaukee Municipal Court<br>W240 N3065 Pewaukee Road<br>Pewaukee, WI 53072-4098 | (u)QVC | End of Label Matrix<br>Mailable recipients   37<br>Bypassed recipients    2<br>Total   39 |