UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | ) | |
|---|---|---|
| | ) | Case No. 13-28905-svk |
| WANDA STROOK, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Wanda Strook has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

>Clerk of Bankruptcy Court
>517 E. Wisconsin Avenue, Room 126
>Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

>Nathan E. DeLadurantey
>DeLadurantey Law Office, LLC
>735 W. Wisconsin Avenue, Suite 720
>Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

     A.  __X__  the Debtor;

     B.  _____  the Chapter 13 Trustee (post-confirmation modifications only);

     C.  _____  the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

     A.  __X__  post-confirmation;

     B.  _____  pre-confirmation (Select i. or ii.);

          i.  _____  Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

          ii.  _____  Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Reduce plan payments and shorten the term of the plan.

4. The reason(s) for the modification is/are: Property tax claim was withdrawn and mortgage payment increased.

5. Select A. or B.

     A.  __X__  The Chapter 13 Plan confirmed or last modified on April 2, 2014 is modified as follows:

**2. Plan Payments and Length of Plan**

**The debtor shall pay $280.00 monthly beginning in March 2015. The plan shall be shortened to 36 months from confirmation.**

     B.  _____  The unconfirmed Chapter 13 Plan dated is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER**

2

TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for the debtor, Wanda Strook, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | March 13, 2015 |
|---|---|
| Counsel for the debtor | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: <u>March 13, 2015</u>.

                          DeLadurantey Law Office, LLC
                          Attorneys for Debtor

                          /s/
                          By: Nathan E. DeLadurantey
                          State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

A copy of the foregoing filed electronically on March 13, 2015 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing were mailed, or sent electronically if the party named accepts electronic service, on March 13, 2015:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203

Creditors listed on the attached matrix


/s/Daniel Beasley
(Electronically filed by)